IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARK TRIMM | ) | CASE NO. 3:10CV1602 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE JAMES G. CARR |
| v. | ) | |
| | ) | |
| FIFTH THIRD MORTGAGE COMPANY | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |

Pursuant to this Court's Memorandum of Opinion and Order filed contemporaneously with this Order of Dismissal,

It is ordered that this action is dismissed.

IT IS SO ORDERED.

Date:  September 3, 2010            s/ JUDGE JAMES G. CARR
                                    UNITED STATES DISTRICT JUDGE